No. 74–6737. LUNA *v.* ESTELLE, CORRECTIONS DIREC-
TOR. C. A. 5th Cir. Certiorari denied.

No. 74–6741. PIPKIN, AKA PATMAN *v.* UNITED STATES.
C. A. 10th Cir. Certiorari denied.

No. 74–6745. ADAMS *v.* STONE, CORRECTIONAL SUPER-
INTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 74–6746. LUCKEY *v.* WEBBER. Ct. App. Wash.
Certiorari denied.

No. 74–6748. FAIR *v.* CITY OF TAMPA ET AL. Sup.
Ct. Fla. Certiorari denied.

No. 74–6749. BECKER *v.* ALABAMA. Ct. Crim. App.
Ala. Certiorari denied.

No. 74–6750. DEES *v.* UNITED STATES. C. A. 5th
Cir. Certiorari denied.

No. 74–6751. GARDNER *v.* UNITED STATES. C. A.
10th Cir. Certiorari denied.

No. 74–6752. MARRERO *v.* UNITED STATES. C. A. 7th
Cir. Certiorari denied.

No. 74–6753. BENNETT *v.* DIRECTOR OF INTERNAL
REVENUE FOR NORTH CAROLINA ET AL. C. A. 4th Cir.
Certiorari denied.

No. 74–6755. EMERSON *v.* UNITED STATES. Ct. App.
D. C. Certiorari denied.

No. 74–6756. MAGEE *v.* CALIFORNIA ET AL. Sup. Ct.
Cal. Certiorari denied.

No. 75–2. BROWN ET AL. *v.* D. C. TRANSIT SYSTEM,
INC., ET AL. C. A. D. C. Cir. Certiorari denied.